Rose Ann Klooster, Appellee, v. Thomas J. Friel et al., Trading as Chicago Surface Lines, Appellants.

Gen. No. 43,766.

opinion filed November 13, 1947; rehearing denied December 12, 1947; released for publication December 13, 1947. James O. Dwight, Warner H. Robinson and Arthur J. Donovan, for appellants; William J. Flaherty, Werner W. Schroeder and William S. Allen, of counsel; Louis G. Davidson, Joseph D. Ryan and Arthur Ryan, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.